## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              NO. 4:98CR00044-01-JLH

IGNACIO CHAMPION LOPEZ                                                                      DEFENDANT

### ORDER

Pending is defendant's Motion for Two Point Reduction based on Sentencing Guideline Amendment 782.

Amendment 782 retroactively reduces most drug quantity base offense levels by two. However, only those defendants serving a sentence determined or affected by a range calculated using the drug quantity table, U.S.S.G. § 2D1.1, are potentially eligible for a reduction. Since defendant's base offense level was determined by his career offender status under § 4B1.1, not the drug quantity table, he is not eligible for a reduction.

Accordingly, defendant's Motion for Two Point Reduction is DENIED. Document #313.

IT IS SO ORDERED this 10th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE